UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60215-CIV-SEITZ/SIMONTON

FLEXITEEK AMERICAS, INC. and
FLEXITEEK INTERNATIONAL
AS,
        Plaintiffs,
vs.

PLASTEAK, INC. and PLASDECK,
INC.,
        Defendants.
_____/

**FINAL JUDGEMENT**

THIS MATTER came before the Court upon Defendant's Motion for Summary Judgment. [DE 196]. In a previous order [DE 254] which set forth its reasoning, the Court granted final summary judgment to Defendants Plasteak, Inc. and Plasdeck, Inc. Accordingly, it is

ORDERED THAT

Final Judgment is entered in favor of Defendants Plasteak, Inc. and Plasdeck, Inc. and against Plaintiffs Flexiteek Americas, Inc. and Flexiteek International, AS., who shall recover nothing in this action.

DONE AND ORDERED in Miami, Florida this 3rd of December, 2013.

                                                        PATRICIA A. SEITZ
                                                        UNITED STATES DISTRICT JUDGE

cc: Honorable Andrea M. Simonton
     All counsel of record

1